FILED

2021 May-11  PM 01:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MERCEDES DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  2:20-cv-1977-KOB-GMB |
| | ) | |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The Magistrate Judge filed a report and recommendation on April 19, 2021, recommending the dismissal of all claims asserted on behalf of inmates other than *pro se* plaintiff Mercedes Douglas and the transfer of this action to the United States District Court for the Middle District of Alabama. (Doc. 3). Although the Magistrate Judge advised Douglas of her right to file specific written objections within 14 days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the Magistrate Judge's report and **ACCEPTS** his recommendation. Accordingly, the court **ORDERS** that all claims asserted on behalf of inmates other than Douglas are **DISMISSED** and this action is **TRANSFERRED** to the United States District Court for the Middle District of Alabama for further proceedings.

**DONE** and **ORDERED** this 11th day of May, 2021.

**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE